UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                                                    CASE NO. 13-05137-PMG

HEALD, MARK

                                              Debtor(s)./

**REPORT OF UNCLAIMED FUNDS**

The Trustee, Doreen Abbott, Bankruptcy Trustee, reports that more than ninety days have passed and the following checks have not been presented for payment:

| CREDITOR NAME & ADDRESS | CLAIM NUMBER | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|
| SUNTRUST BANK<br>ATTN: SUPPORT SERVICES<br>P.O. BOX 85092<br>RICHMOND, VA 23286 | 1 | 50002 | $1,392.14 |

Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check, and attaches an estate trust account check payable to the Clerk of the Court as unclaimed property.

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, on April 26, 2016:

SUNTRUST BANK
ATTN: SUPPORT SERVICES
P.O. BOX 85092
RICHMOND, VA 23286

United States Bankruptcy Court
Sam M. Gibbons United States Courthouse
Attn: Susan Magaditsch, Finance Manager
801 North Florida Avenue, Suite 727
Tampa, FL  33602-3899

Dated: April 26, 2016

                                                                /s/ Doreen Abbott, Bankruptcy Trustee
                                                                Doreen Abbott, Bankruptcy Trustee
                                                                Post Office Box 56257
                                                                Jacksonville, FL  32241-6257
                                                                (904) 886-9459
                                                                Trustee